**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL TAVONN LEWIS,**                                    **PLAINTIFF**

**V.**                                     **NO. 4:08CV043-P-D**

**MDOC,**                                     **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

THIS the 22nd day of April, 2008

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE